

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00222-CV

———————————————

IN RE JOSEPH STERLING, JR., INDIVIDUALLY, THE RANCH BOAT AND RV STORAGE, LLC, AND THE RANCH COMMERCIAL TRUCK PARKING, LLC, Relators

---

Original Proceeding
342nd District Court of Tarrant County, Texas
Trial Court No. 342-342956-23

---

Before Kerr, Birdwell, and Wallach, JJ.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION**

The court has considered relators' petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relators' petition for writ of mandamus is denied.

Per Curiam

Delivered:  July 12, 2023